FILED

09 SEP 16 AM 9: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 256MISC

Manjit Kaur Rai - # 215698

_____/

VRW



**ORDER TO SHOW CAUSE**

It appearing that Manjit Kaur Rai has been suspended following a criminal conviction by the State Bar Court effective August 31, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 23, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Manjit Kaur Rai
Attorney At Law
8138 Westport Cir.
Discovery Bay, CA 94505