**FILED**

NOV 1 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 09 80256 MISC VRW |
| Manjit Kaur Rai, | ORDER |
| State Bar No 215698 | |

On September 16, 2009, the court issued an order to show cause (OSC) why Manjit Kaur Rai should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California following a criminal conviction, effective August 31, 2009.

The OSC was mailed to Mr Rai's address of record with the State Bar on September 18, 2009. A written response was due on or before October 22, 2009. No response to the OSC has been filed as of this date.

The court now orders Manjit Kaur Rai removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Manjit Kaur Rai,

_____/

Case Number: CV-09-80256   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manjit Kaur Rai
8138 Westport Cir
Discovery Bay, CA 94505

Dated: November 18, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*